Friday, July 01, 2011

Ms. Amy J. Schumacher
Roach & Newton, L.L.P.
101 Colorado Street, Suite 3502
Austin, TX 78701

Mr. Larry Parks
Mitchell Williams
106 East Sixth Street, Suite 300
Austin, TX 78701-3661
Honorable Scott H. Jenkins
53rd District Court
P. O. Box 1748
Austin, TX 78767

Mr. Reagan W. Simpson
King & Spalding LLP
401 Congress Ave., Suite 3200
Austin, TX 78701

RE: Case Number: 10-0364
 Court of Appeals Number: 03-09-00640-CV
 Trial Court Number: 01-1-GN-06-000535

Style: IN RE GUARANTY INSURANCE SERVICES, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Jeffrey D. Kyle |